DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDNA M. BURTON,**
Appellant,

v.

**ESTATE OF CYNTHIA MAUREEN BURTON,**
Appellee.

No. 4D19-3473

[July 2, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Willis, Judge; L.T. Case No. 502018CP005586XXXMB.

John P. Marinelli of Law Office of John P. Marinelli, LLC, West Palm Beach, for appellant.

Rebecca Mercier Vargas and Jane Kreusler-Walsh of Kreusler-Walsh Vargas & Serafin, P.A., West Palm Beach, and David M. Garten of Law Office of David M. Garten, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***